# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   jquinn@kaplanhecker.com

August 18, 2020

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

MEMO ENDORSED:

The August 27, 2020 conference is adjourned to October 15, 2020 at 10:30 a.m.

SO ORDERED.

*Paul S. Gardephe*

Dated: August 19, 2020

Re:    *Sands v. Lopez et al.*, No. 20 Civ. 03126

Dear Judge Gardephe:

We represent Defendants Jennifer Lopez and Nuyorican Productions, Inc. ("Defendants") in the above-referenced action. Defendants respectfully request a 30-day adjournment of the initial pretrial conference, which is currently scheduled for August 27, 2020.

This is the first request for an adjournment in this matter. There are no other deadlines currently in place that will be affected by the requested extension. The parties have been in recent communication, and Plaintiff consents to this request.

Respectfully submitted,

John C. Quinn

cc:    Counsel of Record (by ECF)